UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAPA M. SOW, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-cv-04125 |
| | : | |
| v. | : | Chief Judge Algenon L. Marbley |
| | : | Magistrate Judge Kimberly A. Jolson |
| | : | |
| SYSCO CORP., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

On December 15, 2023, Plaintiff filed a Motion to Proceed *in forma pauperis*. (ECF No. 1). Since many sections of that Motion were blank, the Magistrate Judge ordered Plaintiff to file a revised motion with complete information (ECF No. 2), which Plaintiff did (ECF No. 3). On January 16, 2024, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that this Court deny Plaintiff's Motion to Proceed *in forma pauperis* because, based on the representations in the revised motion, "it does not appear that paying the one-time filing fee would cause Plaintiff to be deprived the necessities of life." (ECF No. 4 at 2). Plaintiff was advised of his right to object to the R&R within fourteen days and of the rights he would waive by failing to do so. (*Id*. at 3).

This Court has reviewed the R&R. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court hereby **ADOPTS** the R&R (ECF No. 4) and **DENIES** Plaintiff's motion to Proceed *in forma pauperis*.

Should Plaintiff wish to proceed with this case, he is required to pay the filing fee within **fourteen (14) days** of this Order.

  **IT IS SO ORDERED.**

_____
ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED: March 7, 2024**